UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
=======================================X

HECTOR GARCIA,

                Plaintiff,                              AFFIDAVIT

      -against-

                                               Docket No.: 07 CV 4331
                                                    (SJF) (RER)

THE CITY OF NEW YORK,
DETECTIVES "JOHN DOE" 1-10
and POLICE OFFICERS "JOHN DOE" 1-10
said names being fictitious and presently unknown,

                Defendants.
=======================================X

S I R S:

    I, Hector Garcia, being duly sworn, deposes and states the following:

    I am the plaintiff in the above action. I am currently incarcerated at Gouverneur Correctional Facility located in Gouverneur, New York. After speaking with my attorney, Jonathan Damashek, it was mutually agreed by Mr. Damashek and myself that I wish to obtain a new law firm to represent me in this matter.

    Since I am incarcerated, I respectfully request the Court to grant me a 120 day stay to obtain new counsel in this matter.

                                                                 _____
                                                                 HECTOR GARCIA

Sworn to me before this
12 day of ~~October~~ November, 2008

_____
NOTARY PUBLIC

T. Christopher Reed
Notary Public, State of New York
No. 01RE6074262
Qualified in St. Lawrence C[ounty]
Commission Expires 5/13/2010

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
======================================X

HECTOR GARCIA,

                       Plaintiff,                    **AFFIDAVIT**

    -against-

                                                  Docket No.: 07 CV 4331
                                                         (SJF) (RER)

THE CITY OF NEW YORK,
DETECTIVES "JOHN DOE" 1-10
and POLICE OFFICERS "JOHN DOE" 1-10
said names being fictitious and presently unknown,

                       Defendants.
======================================X

SEÑORES :

       Yo, Hector Garcia, debidamente juramentado, depone e indica lo siguiente:

       Soy el demandante en la acción antedicha. Estoy actualmente encarcelado en el centro penitenciario de Gouverneur ubicado en Gouverneur, Nueva York. Después de hablar con mi abogado, Jonathan Damashek, fue de mutuo acuerdo por el Sr Damashek y yo que quiero obtener un nuevo bufete de abogados para representar a mí en este asunto. Como estoy actualmente encarcelado, solicito respetuosamente que la Corte me otorgue un estancia de 120 días para obtener nuevo abogado en este asunto.

                                                                    _____
                                                                    HECTOR GARCIA

Jurado ante mí este _Noviembre_
_12_ día del mes de ~~octubre~~, 2008

_____
NOTARIO PÚBLICO

T. Christopher Reed
Notary Public, State of New York
No. 01RE6074262
Qualified in St. Lawrence County
Commission Expires _5/13/2010_