# HECHT, KLEEGER, PINTEL & DAMASHEK
### A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

19 WEST 44TH STREET, SUITE 1500
NEW YORK, N.Y. 10036
TEL (212) 490-5700 • FAX (212) 490-4800
WWW.LAWYER1.COM

JONATHAN S. DAMASHEK * • ▲
JORDAN D. HECHT * •
JUDD F. KLEEGER * •
IRA S. PINTEL * •

\* ADMITTED IN NEW YORK
• ADMITTED IN NEW JERSEY
▲ ADMITTED IN WASHINGTON, D.C.

November 21, 2008

<u>*Via ECF & Facsimile (631) 712-5636*</u>

Honorable Sandra J. Feuerstein
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    **Garcia v. City of New York**
               **07-CV-4331**

Dear Honorable Judge Feuerstein:

      The following is the information requested in the November 20, 2008 Order of the Court.

      Hector Garcia, prisoner DIN # 08R0461 is currently serving his sentence at Gouverneur Correction Facility, 112 Scotch Settlement Rd, P.O. Box 480, Gouvernneur, New York, 13642-0370.
      Mr. Garcia's Counselor at the facility is Jennifer Barup. She can be reached by telephone at (315) 287-7351.

      If you have any questions regarding this matter, please contact the undersigned attorney.

                                                        Respectfully yours,

                                                         Jonathan S. Damashek
                                                         (JD 1768)

Cc:  Michael A. Cardozo
      Corporation Counsel

JSD/jc